THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BANKS, Appellant. (Appeal No. 2.)

Present—Denman, J. P., Boomer, Pine, Lawton and Schnepp, JJ.